UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLARENCE ANTOINE DANIELS | CIVIL ACTION |
| VERSUS | NUMBER: 18-5292 |
| JUSTIN RESTER, ET AL. | SECTION: "S"(5) |

**O R D E R**

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Defendants' motions to dismiss are granted and that Plaintiff's claims against the Defendants in their official capacity are dismissed without prejudice for lack of jurisdiction.

New Orleans, Louisiana, this  8th  day of         April        , 2019.

　　　　　　　　　　　　　　　　　　**MARY ANN VIAL LEMMON**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**